UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOFTKETEERS, INC., a California corporation,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>REGAL WEST CORPORATION, a Washington corporation, DBA Regal Logistics; et al.,<br><br>   Defendants - Appellants. | No. 23-55136<br><br>D.C. No. 8:19-cv-00519-JWH-JDE<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

cl/mediation

Sasha M. Cummings
Circuit Mediator